# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARTHA ELIZABETH NEAL and<br>MARLA PRETTY BROCK,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITH COMMUNICATIONS, INC.<br>d/b/a THE EATONTON MESSENGER,<br>SMITH COMMUNICATIONS, INC.<br>d/b/a THE LAKE OCONEE NEWS,<br>MARK SMITH, SR.<br><br>    Defendants. | )<br>)<br>)<br>) CIVIL ACTION<br>)<br>) FILE NO: 5:13-CV-00438-MTT<br>)<br>)<br>)<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on the Parties' Consent Motion for Approval of a proposed Settlement Agreement.

Having reviewed the proposed Settlement Agreement(s), this Court finds it to be a reasonable settlement of the Plaintiffs' claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreements between the parties are approved.  The Parties are directed to file a Stipulation of Dismissal with Prejudice within five (5) days of receipt by Plaintiffs of the settlement proceeds.  The Court expressly retains jurisdiction to enforce the settlement.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).  The parties shall bear their own costs.

**SO ORDERED** this the  14th  day of   May   , 2015.

                                          S/ Marc T. Treadwell
                                        UNITED STATES DISTRICT JUDGE